

2000 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-8-2000

# Suppan v. Dadonna

Precedential or Non-Precedential:

Docket 98-2129

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2000

Recommended Citation

"Suppan v. Dadonna" (2000). *2000 Decisions.* Paper 23.
http://digitalcommons.law.villanova.edu/thirdcircuit_2000/23

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2000 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 98-2129

Suppan v. Dadonna


The following modifications have been made to the Court's
Opinion issued on 4 February 2000 , to the above-entitled appeal
and will appear as part of the final version of the opinion:


1.  Page 9, line 18 – "plaintiffs" should be "plaintiffs'".

2.  Page 11, line 7 – "list" should be "lists".


Very truly yours,


/s/ P. Douglas Sisk,
    Clerk


Dated: 8 February 2000